```
STATE OF OHIO        )
                     )  ss       AFFIDAVIT
CUYAHOGA COUNTY      )
```

SHASE HOWSE, being duly sworn, deposes and says that

1. I am 23 years of age, I was born on August 13, 1995 and I have high school diploma.

2. On August 28, 2018 I resided at 747 East 102nd Street, Cleveland, Ohio with my mother, Nicholasa Santori.

3. My residence at that time was in the City's Glenville neighborhood located on the southeast side of the City of Cleveland.

4. On August 28, 2016 at approximately 9:00 p.m. I attempted to walked from my home at 747 East 102nd Street, to a convenience store located on the north side of St. Clair Avenue near East 102nd Street.

5. While returning from the store, I was stopped by a uniformed Cleveland police officer whose name or badge number I do not know.

6. At the time of the stop by the Cleveland policeman I was alone on East 102nd Street and I was not engaged in any type of suspicious or criminal activity.

7. The police officer questioned me as to whether or not I had a gun to which I answered "No."

8. I was patted down by the police officer and after determining that I was unarmed, he told me something like, "get out of there."

9. After making my purchase, I returned to my home, walking south on East 102nd Street.

10. While I was walking south on East 102nd Street towards my house I noticed several cars on East 102nd Street.

11. As I was walking down the street, I started to look in my pocket for my door key to unlock the door to my house.

12. I had previously called my mother and I was still on the telephone talking to her as I climbed the porch steps to my house.

13. As I walked across the porch a person in a car on East 102nd Street said something like, "Is this your house?"

14. I responded by saying like, "Yes, this is my house, I live here."

Exhibit 3

15. The car started to drive away, but then I noticed that the man who had questioned me said something to the driver at which point the car stopped, backed up a few feet and the same man against asked me whether this was my house

16. In response to the second question I said something like, "Yes what the fuck?"

17. The man who asked me whether the house was mine responded by saying something about, "You have a smart mouth and a bad attitude."

18. While I was on the porch, I was talking to my mother on my cell phone the man who had questioned me as to whether it was my house continued to make reference to my "smart mouth."

19. I was never told that I was under arrest and I assumed that they were upset because of what I had said.

20. The men never identified themselves as police officers but ran up the steps to my porch, grabbed me and threw me to the porch floor while I kept yelling that, "This is my house, I didn't do anything."

21. I never tried to fight with the men but I did keep trying to explain that this was my house and I lived at this house.

22. I was slammed to the floor of the porch and one of the men who I then realized was a police officer was on top of me yelling.

23. I heard a voice that I believed was my mother and I attempted to look up to explain the situation at which point the men who was on top of me slammed my head down onto the wooden porch.

24. Thereafter, I was arrested and placed in the rear seat of a police car.

25. I was extremely upset at this point and, since I had done nothing wrong, I kept screaming, "What did I do, what the fuck did I do?"

26. My mother witnessed the situation and tried to calm me down.

27. Eventually, I was transported to the Cleveland City Jail at the Justice Center and placed in a holding cell.

28. I remained in jail over the weekend and, after my bond was posted, I was released.

29. By this time I was aware that the men who had attacked me were, in fact, police and had alleged that I had tried to attack them and I was, somehow, obstructing their business.

30. There was no basis for any criminal charges and I assumed that it would be resolved once someone in a position of authority looked at facts and realized that I had been arrest while I was attempting to enter my home.

31. However, I subsequently became aware of the fact that I had been indicted by a grand jury and that I was obligated to appear in court for an arraignment.

32. I was arraigned on August 2, 2016, my case was assigned to Judge Nancy McDonnell and my bond was set at $1,000.00, cash, surety or property.

33. At my arraignment, I was instructed to attend a court-mandated conference to address the charges.

34. Since I considered these to be very serious charges my family and I hired an attorney to represent my interest.

35. I explained the situation to my attorney, including the fact that I was assaulted by the police while I was trying to enter my home.

36. I was told that the State of Ohio wanted to know if I would be interested in pleading guilty to a misdemeanor which I rejected.

37. Next I was told that the State of Ohio wanted to know whether I was interested in any type of "diversion" program which I also rejected.

38. In September 2016 I filed a complaint with the City of Cleveland's Office of Professional Standards relative to the fact that while standing on the porch Cleveland Police came to my house, threw me to the floor, commenced striking me and ignored my explanations as to the fact that this was my house and all I was trying to do was go into my house.

39. Since the filing of my complaint in September 2016, more than two years have expired and I have never been interviewed by any person associated with the Office of Professional Standards and, to the best of my knowledge, no investigation has been taken on my complaint.

40. On October 4, 2016 I was in the courtroom of Judge Nancy McDonnell and the State of Ohio dismissed all of the charges.

41. At no time did I assault, batter or physically attack either Officer Hodous or Officer Middaugh and I did not obstruct any of their business.

42. The facts and statements contained herein are true and accurate to the best of my knowledge and belief.

_____
Shase Howse

SWORN TO BEFORE ME and subscribed in my presence by Shase Howse this 19th day of December, 2018.

_____
JAMES L. HARDIMAN
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date