BLK / M, DOB: ▓▓▓ , SS#: ▓▓▓
ht 5'6  Wt 140  BLK / BRO

IN THE CLEVELAND MUNICIPAL COURT

THE STATE OF OHIO
vs.

Shase Howse
747 E. 102
Cleveland   OH   44108
( 216 ) 512-4225

COMPLAINT FOR

Assault on a P.O.
F-4

O.R.C. Section 2903.1345

_____ Attorney

---

THE STATE OF OHIO,
CUYAHOGA COUNTY, } ss
CITY OF CLEVELAND

IN THE CLEVELAND MUNICIPAL COURT

The undersigned complainant, being duly sworn, states that on or about the __28__ day of __July__ 20__16__ I within Cuyahoga County, Cleveland, Ohio

Shase Howse
**(Defendant)**

Did knowingly: attempt to cause physical harm to another

wit attempting to strike police officers with feet and hands.

violation of __2903.1345__
(ordinance/statute)

The complaint is based on statements of the Cleveland Police Officers statement and observation

_____ 2128
Detective Brian Middaugh #2128

Sworn to and subscribed in my presence this __29__ day of __July__ 16__, at Cleveland, Ohio. Langhenny

**Barbara Langhenring**
Director of Law and Chief Prosecuting Attorney,
City of Cleveland, Ohio

_____
Assistant Prosecutor

EARLE B. TURNER, CLERK
Cleveland Municipal Court

By _____
Deputy

Exhibit 5