**Exhibit 6**

## Cuyahoga County Court of Common Pleas
### Criminal Court Division

| State of Ohio, Plaintiff vs. Shase Howse, Defendant | A True Bill Indictment For<br>Assault - F4<br>§2903.13(A)<br><br>2 Additional Count(s) |
|---|---|
| **Dates of Offense (on or about)**<br>July 28, 2016 | **The Term Of**<br>September of 2016 | **Case Number**<br>608395-16-CR |

The State of Ohio, } SS.
Cuyahoga County

CR16608395-A    95595372

| **Count One** | **Assault - F4**<br>§2903.13(A) |
|---|---|
| **Defendants** | Shase Howse |
| **Date of Offense** | On or about July 28, 2016 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

did knowingly cause or attempt to cause physical harm to Det. Brian Middaugh, Badge No. 2128. FURTHERMORE, and the victim of the offense was a peace officer or an investigator of the bureau of criminal identification and investigation, a firefighter, or a person performing emergency medical service, while in the performance of their official duties.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

RECEIVED FOR FILING

SEP 07 2016

CUYAHOGA COUNTY CLERK OF
THE COURT OF COMMON PLEAS
By _____ Deputy

_____           _____
Foreperson of the Grand Jury                    Prosecuting Attorney

Page 1 of 2

Cuyahoga County Court of Common Pleas — A True Bill Indictment

| | |
|---|---|
| **Count Two** | **Assault - F4** §2903.13(A) |
| **Defendants** | Shase Howse |
| **Date of Offense** | On or about July 28, 2016 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly cause or attempt to cause physical harm to Det. Thomas Hodous, Badge No. 2451.

FURTHERMORE, and the victim of the offense was a peace officer or an investigator of the bureau of criminal identification and investigation, a firefighter, or a person performing emergency medical service, while in the performance of their official duties.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count Three** | **Obstructing Official Business - F5** §2921.31(A) |
| **Defendants** | Shase Howse |
| **Date of Offense** | On or about July 28, 2016 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did, without privilege to do so and with purpose to prevent, obstruct, or delay the performance by a public official of any authorized act within the public official's official capacity, an act that hampered or impeded a public official in the performance of the public official's lawful duties.

FURTHERMORE, and created a risk of physical harm to Det. Brian Middaugh and/or Det. Thomas Hodous.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____  _____
Foreperson of the Grand Jury             Prosecuting Attorney