Exhibit 7

Print

# CASE INFORMATION

## CR-16-608395-A THE STATE OF OHIO vs. SHASE HOWSE

### Case Information

| | |
|---|---|
| Number: | CR-16-608395-A |
| Status: | CASE CLOSED |
| Judge Name: | NANCY R MCDONNELL |
| Next Event: | N/A |
| Arrested Date: | N/A |
| Arresting Agency: | CLEVELAND POLICE |
| Arresting Agency Report: | 2016-00248623 |
| Court of Appeals Case: | N/A |

### Defendant Information

| | |
|---|---|
| Number: | 13913694 |
| Name: | SHASE HOWSE |
| Status: | DEFN BAIL |
| Date of Birth: | 08/13/1995 |
| Race: | BLACK |
| Sex: | MALE |
| Other Cases: | N/A |
| Co-Defendants: | N/A |

### Charges

| Type | Statute | Charge Description | Disposition |
|---|---|---|---|
| INDICT | 2903.13.A | ASSAULT (DETECTIVE / PEACE OFFICER) | DISM OTHER |
| INDICT | 2903.13.A | ASSAULT (DETECTIVE / PEACE OFFICER) | DISM OTHER |
| INDICT | 2921.31.A | OBSTRUCTING OFFICIAL BUSINESS | DISM OTHER |

### Bond Information

| Bond Number | Amount | Type | Date Set | Date Posted | Bondsman/Surety Co. |
|---|---|---|---|---|---|
| 681636 | $1,000.00 | CASH/SUR/PROP/10% | 07/30/2016 | 07/30/2016 | CASH / NICHOLASA SANTORI |

### Case Actions

| Event Date | Event Description |
|---|---|
| 10/04/2016 | CASE DISMISSED |
| 09/27/2016 | PRETRIAL HELD |
| 09/21/2016 | ARRAIGNED |
| 09/21/2016 | BAIL |
| 09/21/2016 | JAIL |
| 09/07/2016 | INDICTED BINDOVER |
| 08/02/2016 | FIRST APPEARANCE |
| 07/30/2016 | CPD EDC SET |
| 07/30/2016 | BAIL |
| 07/30/2016 | JAIL |
| 07/30/2016 | TRANSCRIPT FILED |
| 07/30/2016 | BINDOVER CIF#CI162897AK |
| 07/28/2016 | ARRESTED |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.216

## CASE INFORMATION

## CR-16-608395-A THE STATE OF OHIO vs. SHASE HOWSE

### Docket Information

| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 07/03/2018 | 07/03/2018 | N/A | BN | $90.00 BOND REFUNDED TO NICHOLASA SANTORI | |
| 10/05/2016 | 10/05/2016 | N/A | CS | COURT REPORTER FEE | |
| 10/04/2016 | 10/04/2016 | N/A | JE | DEFENDANT IN COURT WITH RETAINED COUNSEL JAMES L HARDIMAN. PROSECUTOR(S) CARL MAZZONE PRESENT. COURT REPORTER KRISTIN A BEUTLER PRESENT. CASE IS DISMISSED WITHOUT PREJUDICE. 10/04/2016 CPJM2 10/04/2016 09:53:31 | 📄 |
| 09/27/2016 | 09/27/2016 | N/A | JE | PRETRIAL HELD 09/27/2016. PRETRIAL SET FOR 10/04/2016 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: DISCOVERY. 09/27/2016 CPJM2 09/27/2016 12:39:46 | 📄 |
| 09/27/2016 | 09/27/2016 | P1 | MO | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY AND BILL OF PARTICULARS UNDER RULE 16, FILED . | 📄 |
| 09/27/2016 | 09/27/2016 | P1 | MO | STATE'S DEMAND FOR DISCOVERY, FILED. | 📄 |
| 09/24/2016 | 09/24/2016 | N/A | SR | FX RECEIPT NO. 30141038 RETURNED 9/15/2016 FAILURE OF SERVICE ON PARTY HOWSE/SHASE/ - UNCLAIMED - | |
| 09/21/2016 | 09/21/2016 | N/A | CS | PRISONER IN COURT | |
| 09/21/2016 | 09/21/2016 | N/A | JE | DEFENDANT PRESENT WITH COUNSEL. DEFENDANT RETAINED HARDIMAN, JAMES L AS COUNSEL. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PLEAD NOT GUILTY TO INDICTMENT. ORIG BOND CONT AT 1,000.00 DOLLARS. BOND TYPE: CASH/SUR/PROP/10%. BOND CONDITIONS: COURT SUPERVISED RELEASE JUDGE MCDONNELL, NANCY R (324) ASSIGNED (RANDOM ). FIRST PRETRIAL SET FOR 09/27/2016 AT 09:00 AM IN COURT ROOM JC17B JUDGE NANCY R. MCDONNELL. | 📄 |
| 09/07/2016 | 09/07/2016 | N/A | GP | ARRAIGNMENT SCHEDULED FOR 09/21/2016. | |
| 09/07/2016 | 09/07/2016 | N/A | CS | WRIT FEE | |
| 09/07/2016 | 09/07/2016 | N/A | SR | SUMMONS - CRIMINAL(30141038) SENT BY FEDERAL EXPRESS. TO: HOWSE/SHASE/ 747 EAST 102ND STREET CLEVELAND, OH 441080000 | |
| 09/07/2016 | 09/07/2016 | N/A | CR | INDICTED BINDOVER ON 09/07/2016 | 📄 |
| 08/18/2016 | 08/18/2016 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED | |
| 08/02/2016 | 08/02/2016 | N/A | JE | FIRST APPEARANCE HELD 08/02/2016. DEFENDANT IN COURT FOR FIRST APPEARANCE IN PERSON. DEFENDANT DECLARED INDIGENT. COURT ASSIGNED PUBLIC DEFENDER AS COUNSEL. ORIG BOND CONT AT 1,000.00 DOLLARS. BOND TYPE: CASH/SUR/PROP/10%. BOND CONDITIONS: COURT SUPERVISED RELEASE COUNSEL SHOULD CONTACT THE ASSISTANT COUNTY PROSECUTOR AT 216-443-7800 IMMEDIATELY FOLLOWING THIS HEARING. FIRST APPEARANCE DOCKET (FAD) STANDING ORDER: 1. CASE IS ON FOR CONSIDERATION OF EARLY CHARGING AND DISPOSITION UNTIL 08/25/2016. 2. CASE MANAGEMENT CONFERENCE (CMC) SET 08/18/2016 @ 01:00 PM IN COURTROOM CP ARRAIGNMENT ROOM JC 12FL. ALL PARTIES AND COUNSEL SHALL BE PRESENT. 3. DEFT AND DEFT COUNSEL SHALL ESTABLISH COMMUNICATION AS SOON AS POSSIBLE BY PHONE OR IN PERSON. RETAINED COUNSEL SHALL FILE NOTICE OF APPEARANCE FORTHWITH. 4. STATE SHALL PROVIDE OPEN DISCOVERY ON PORTAL PURSUANT TO CRIM. R. 16. DEFT COUNSEL TO OBTAIN AND EXCHANGE DISCOVERY IN COMPLIANCE WITH CR. R. 16. 5. PROSECUTOR AND DEFT COUNSEL ARE ENCOURAGED TO CONDUCT PHONE CONFERENCE OR IN | 📄 |

| | | | | |
|---|---|---|---|---|
| | | | | PERSON-MEETING PRIOR TO AND IN PREPARATION FOR ECM TO DISCUSS FACTS OF THE CASE AND TO DECIDE WHETHER DEFT MAY BE PLACED IN A DIVERSION PROGRAM, CHARGED BY INFORMATION, OR HAVE CASE PRESENTED TO THE GRAND JURY. 6. INFORMATIONS, WAIVERS AND ACCEPTANCES TO DIVERSIONARY PROGRAMS SHALL BE FILED BY THE STATE WITH THE CLERK OF COURTS BY 08/25/2016 OR CASE SHALL BE REMOVED FROM FIRST APPEARANCE DOCKET (FAD). 7. IN EVENT CASE IS NOT RESOLVED IN ECM PROCESS, CASE SHALL BE RETURNED TO THE PROSECUTOR FOR FURTHER ACTION. FAILURE TO INDICT OR OTHERWISE RESOLVE BY 08/25/2016 MAY RESULT IN TERMINATION OF CHARGES. |
| 08/01/2016 | 08/01/2016 | N/A | SF | LEGAL RESEARCH |
| 08/01/2016 | 08/01/2016 | N/A | SF | COURT SPECIAL PROJECTS FUND |
| 08/01/2016 | 08/01/2016 | N/A | SF | CRIME STOPPERS |
| 08/01/2016 | 08/01/2016 | N/A | SF | COMPUTER FEE |
| 08/01/2016 | 08/01/2016 | N/A | SF | CLERK FEE |
| 07/30/2016 | 07/30/2016 | D1 | SF | PAYMENT RECEIVED OF SHASE HOWSE |
| 07/30/2016 | 07/30/2016 | D1 | DR | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 $85.00 |
| 07/30/2016 | 07/30/2016 | N/A | SC | INITIAL APPEARANCE SET FOR 08/02/2016 AT 01:45PM. |
| 07/30/2016 | 07/30/2016 | N/A | CS | CLEVELAND MUNI COURT COST, CASE 2016CRA014117 |
| 07/30/2016 | 07/30/2016 | N/A | CS | TRANSFER FROM BOND |
| 07/30/2016 | 07/30/2016 | D1 | SF | PAYMENT RECEIVED OF NICHOLASA SANTORI |
| 07/30/2016 | 07/30/2016 | N/A | BN | $1000 10% BOND POSTED ON 07/30/2016 BY DEFENDANT. BOND NO. 681636 RECEIPT NO. 168000001165 |
| 07/30/2016 | 07/30/2016 | N/A | GP | CASH/SUR/PROP/10% BOND SET , AMOUNT $1,000.00 / NO CONTACT WITH VICTIM |
| 07/30/2016 | 07/30/2016 | N/A | CR | TRANSCRIPT FILED |
| 07/30/2016 | 07/30/2016 | N/A | CR | BINDOVER CIF#CI162897AK |
| 07/30/2016 | 07/30/2016 | N/A | CR | CIF ENTERED |
| 07/28/2016 | 07/30/2016 | N/A | CR | ARRESTED 07/28/2016 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2018 PROWARE. All Rights Reserved. 1.1.216