IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHASE HOWSE, | ) | CASE NO. 1:17 CV 1714 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| THOMAS HODOUS, et al., | ) | JUDGMENT |
| Defendants. | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Motions for Summary Judgment filed by Defendants, Thomas Hodous and Brian Middaugh (Docket #25) and Defendant, City of Cleveland (Docket #26) are hereby GRANTED.

Each party shall be responsible for their own attorney fees and costs.

This case is hereby TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
Senior United States District Judge

DATED: April 5, 2019